FILED
CLERK, U.S. DISTRICT COURT
4/23/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>MICHAEL SCHRIPSEMA,<br><br>          Defendant. | CR  8:21-cr-00073-CJC<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), (b)(1)(C): Distribution of Fentanyl] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)]

On or about December 4, 2019, in Orange County, within the Central District of California, defendant MICHAEL SCHRIPSEMA knowingly and intentionally distributed at least 40 grams, that is, approximately 47.5 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about November 27, 2019, in Orange County, within the Central District of California, defendant MICHAEL SCHRIPSEMA knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

## COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about November 20, 2019, in Orange County, within the Central District of California, defendant MICHAEL SCHRIPSEMA knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics,
  Money Laundering & Racketeering
  Section

EDWARD HAN
Assistant United States Attorney
International Narcotics, Money
  Laundering & Racketeering
  Section